**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

FEDERAL TRADE COMMISSION; and
STATE OF FLORIDA, OFFICE OF THE
ATTORNEY GENERAL, DEPARTMENT
OF LEGAL AFFAIRS,

        Plaintiffs,

v.                                                          Case No. 6:13-cv-789-Orl-37DAB

VACATION COMMUNICATIONS
GROUP, LLC; GARDNER CLINE LLC;
SHELDON LEE COHEN, individually
and as an owner, officer, or manager of
Vacation Communications Group, LLC,
and d/b/a Universal Timeshare Sales
Associates and M.G.M. Universal
Timeshares; MARK RUSSELL
GARDNER, individually and as
manager/member of Gardner Cline LLC;
and TAMMIE LYNN CLINE, individually
and as manager/member of Gardner
Cline LLC,

        Defendants.

---

**ORDER**

This cause is before the Court on Plaintiffs Federal Trade Commission's ("FTC") and State of Florida's Unopposed Motion to Stay Proceedings for Seventy-Five Days (Doc. 90), filed February 4, 2014. In support of their motion, Plaintiffs state that Defendants Gardner Cline LLC, Mark Russell Gardner, and Tammie Lynn Cline have signed a settlement agreement with Plaintiffs, which, if entered, would resolve Plaintiffs' claims against these parties. (*Id.* ¶ 1.) Plaintiffs further represent that the FTC typically requires more than sixty (60) days to review and vote on a settlement agreement. (*Id.* ¶ 2.) The State also requires additional time to approve the settlement agreement. (*Id.*) Given

these representations, the Court finds that this case is due to be stayed as to Defendants Gardner Cline LLC, Mark Russell Gardner, and Tammie Lynn Cline for seventy-five (75) days. During the stay, this action will proceed as to Defendants Vacation Communications Group, LLC and Sheldon Lee Cohen, against whom Plaintiffs have filed a separate motion for default judgment (Doc. 89).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiffs' Unopposed Motion to Stay Proceedings for Seventy-Five Days (Doc. 90) is **GRANTED**.

2. These proceedings are **STAYED** as to Defendants Gardner Cline LLC, Mark Russell Gardner, and Tammie Lynn Cline until Tuesday, May 6, 2014. The action shall proceed against Defendants Vacation Communications Group, LLC and Sheldon Lee Cohen.

3. The Clerk is **DIRECTED** to vacate all existing deadlines as to Defendants Gardner Cline LLC, Mark Russell Gardner, and Tammie Lynn Cline.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 20, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

2

Counsel of Record